CONLEY ET AL., APPELLEES, *v.* FAURECIA EXHAUST SYSTEMS,
INC. ET AL.; R & D MACHINE, INC., APPELLANT.

[Cite as *Conley v. Faurecia Exhaust Sys., Inc.*,
127 Ohio St.3d 122, 2010-Ohio-5272.]

(No. 2010–1192—Submitted September 28, 2010—Decided November 2, 2010.)

---

{¶ 1} The discretionary appeal is accepted on Proposition of Law No. I.

{¶ 2} The judgment of the court of appeals is reversed on the authority of *Pettiford v. Aggarwal*, 126 Ohio St.3d 413, 2010-Ohio-3237, 934 N.E.2d 913, and the cause is remanded to the court of appeals for further proceedings consistent with *Pettiford v. Aggarwal.*

LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

BROWN, C.J., and PFEIFER, J., dissent and would not accept the discretionary appeal.

---

Volkema, Thomas, Miller & Scott, Michael S. Miller, and Warner M. Thomas Jr., for appellees.

Freund, Freeze & Arnold, Gordon D. Arnold, and Patrick J. Janis, for appellant.